IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 16 AM 11:00
CLERK_____
SO. DIST. OF GA.

MICHELLE SOLOMON, GRADY ROSE, )
ALLISON SPENCER, and SAVANAH )
KITE, )
   )
   Plaintiffs, )
   )
v. )   CASE NO. CV418-052
   )
THE MAYOR AND ALDERMAN OF THE )
CITY OF SAVANNAH, )
   )
   Defendant. )

## O R D E R

Before the Court is Plaintiffs' Motion for Temporary Restraining Order. (Doc. 2.) Plaintiffs have filed a complaint alleging that Defendant's policy prohibiting individuals from carrying hand-held posters or signs within an approximately two-block area during the Vice President's visit violates Plaintiffs' First Amendment rights to freedom of speech. (Doc. 1.) The Court has been advised by one of Plaintiffs' attorneys that their request for injunctive relief is now moot because Defendant has retracted the objectionable policy. Accordingly, Plaintiffs' Motion for Temporary Restraining Order (Doc. 2) is **DISMISSED AS MOOT**.

SO ORDERED this 16th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA